# MURPHY & McGONIGLE
A Professional Corporation

Email: sfeldman@mmlawus.com
Direct: 212.880.3988
Facsimile: 212.880.3998

1185 Avenue of the Americas
Floor 21
New York, NY 10036

January 12, 2022

**Via ECF**
Honorable Vincent L. Briccetti
United States District Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re:  *United States v. Warren Glover*, 21 Mag. 8844
     *United States v. Warren Glover*, 21 Cr. 801 (VB)

Dear Judge Briccetti:

We are counsel for defendant Warren Glover in the above referenced matter. Per the Court's instructions, this matter has been referred to Judge Davison in anticipation of a guilty plea proceeding scheduled for January 20, 2022 at 1:00 p.m. I have consulted with Mr. Glover regarding his right to be arraigned in person on the Government's Information and his right to enter his guilty plea in person in court. He has agreed to waive those rights in order to facilitate entering his guilty plea at this time.

Mr. Glover is currently detained at the Westchester County Jail ("WCJ"). Because of the recent spike in Covid-19 infections, WCJ has suspended court appearances for detainees for next week. Given (i) the current pandemic and health risks posed to Mr. Glover and other inmates by traveling to and from court to attend this proceeding; and (ii) Mr. Glover's desire to plead guilty to an Information and not require the Government to indict him before a grand jury; we respectfully request that the Court find that Mr. Glover's plea cannot be further delayed without serious harm to the interests of justice. The Government consents to this request.

Respectfully submitted,

s/ Steven D. Feldman

Steven D. Feldman

cc: All Counsel (via ECF)

---

APPLICATION GRANTED
SO ORDERED:
1/13/22
Vincent L. Briccetti, U.S.D.J.
Dated: 1/13/22
White Plains, NY

For the reasons set forth herein, the Court finds that the guilty plea cannot be further delayed without serious harm to the interest of justice